IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON JACKSON, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:19-cv-06378 |
| ) | Honorable Robert W. Gettleman |
| v. ) | |
| ) | |
| VICTORY PACKAGING, L.P., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S AMENDED COMPLAINT AT LAW**

COMES NOW the Plaintiff **JASON JACKSON**, by and through counsel, Leonas Law Offices, and for his cause of action against the Defendant **VICTORY PACKAGING, L.P.**, he states the following:

**COMMON ALLEGATIONS**

1. That at all times relevant hereto, Plaintiff JASON JACKSON was a resident of the City of Oak Forest, County of Cook, State of Illinois.

2. That at all times relevant hereto, Defendant Victory Packaging, L.P. was a limited partnership that owned and operated the Victory Packaging warehouse located at 1405 Sequoia Drive, Aurora, IL 60506.

3. That on June 21, 2017, Plaintiff was present at the Victory Packaging Warehouse via his employment with a temp agency, Staffing by QA Inc.

4. That as Plaintiff worked in one of the aisles of the Victory Packing Warehouse on 7/21/17, an unidentified agent and/or employee of Defendant was present in an area adjacent to Plaintiff and operating a forklift-type machine in the course of his agency and/or employment with Defendant.

5. That, suddenly and without warning, the unidentified agent and/or employee of Defendant, referenced above in paragraph 4, while operating a forklift-type machine, negligently caused a heavy stack of manufactured product to topple over, striking Plaintiff and causing Plaintiff to sustain severe bodily injuries.

## COUNT I – VICTORY PACKAGING, L.P.

1. That Plaintiff, JASON JACKSON, hereby incorporates by reference rhetorical paragraphs 1-5 of the Common Allegations as paragraphs 1-5 of Count I.

6. That the unidentified agent and/or employee of Defendant VICTORY PACKAGING, L.P., referenced in the Common Allegations section, had a duty to operate warehouse machinery with reasonable care and in a safe and reasonable manner.

7. That Defendant VICTORY PACKAGING, L.P.'s unidentified agent and/or employee, in operating warehouse machinery, breached said duty by negligently causing a "barrel" to collide with Plaintiff's body.

8. That Defendant VICTORY PACKAGING, L.P.'s unidentified agent and/or employee breached said duty in the scope of his agency and/or employment with Defendant VICTORY PACKAGING, L.P.

9. That as both a direct and proximate result of the negligent acts and/or omissions of Defendant VICTORY PACKAGING, L.P, by and through its agent and/or employee in breaching his duty to Plaintiff JASON JACKSON, Plaintiff incurred personal bodily injury, past, present, and future pain and suffering, medical and hospital expenses, lost wages, and possible permanent impairment.

10.     That as the principal and/or employer to the above-referenced unidentified agent and/or employee, Defendant VICTORY PACKAGING, L.P. is vicariously liable for the negligent acts/omissions of said agent and/or employee, taking place in the scope of said agency and/or employment

WHERFORE, Plaintiff JASON JACKSON pray this Honorable Court grant them judgment against the Defendant VICTORY PACKAGING, L.P. in an amount in excess of $100,000.00, the costs of this action, and any and all other relief just and proper in the premises.

Respectfully Submitted,

/s/ Theodore S. Leonas, Jr.
Theodore S. Leonas, Jr.

Theodore Leonas Jr., Esq. (#6224020)
Leonas Law Offices
211 W. Wacker Drive, Suite 1200
Chicago, Illinois 60606
Tel. 312.384.1800
Fax. 312.384.1818
Email: tsl@leonaslawoffices.com