# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| JASON JACKSON  )  | |
| Plaintiff,  ) | |
| ) | No. 1:19-cv-06378 |
| ) | Hon. Robert W. Gettleman |
| v.  ) | |
| ) | |
| VICTORY PACKAGING, L.P.  ) | |
| ) | |
| Defendant.  ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff **JASON JACKSON**, by and through counsel, Leonas Law Offices, hereby dismisses the instant action, pursuant to Fed. R. Civ. Pro. 41(a)(1)(a)(i), without prejudice and prior to Defendant's filing of an Answer or Motion for Summary Judgment.

                        Respectfully Submitted,

                        /s/ Theodore S. Leonas, Jr.
                            Theodore S. Leonas, Jr.

Theodore Leonas Jr., Esq. (#6224020)
Leonas Law Offices
211 W. Wacker Drive, Suite 1200
Chicago, Illinois 60606
Tel. 312.384.1800
Fax. 312.384.1818
Email: tsl@leonaslawoffices.com